# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

**In re** Christina E. Hagan      **Case No.** 10-15540

## CHAPTER 13 PLAN

**I. PLAN ANALYSIS**
A. TOTAL DEBT PROVIDED UNDER THE PLAN AND ADMINISTRATIVE EXPENSES

1. Total Priority Claims (Class One)
    a. Unpaid attorney's fees      $ 1,500.00
    (Total attorney's fees are estimated to be: $3,000.00 of which $1,500.00 has been prepaid)
    b. Taxes      $0.00
    c. Other      $0.00
2. Total payments to cure defaults and make regular payments (Class Two)      $19,813.79
3. Total payments on secured claims (Class Three)      $0.00
4. Total payments on unsecured claims (Class Four)      $2,937.12
5. Subtotal      $24,250.91
6. Trustee's Compensation    Not > 10%   (As a percentage of debtor's payments – line 5)      $2,425.09
7. Total Debt and administrative expenses      $26,676.00

B. RECONCILIATION WITH CHAPTER 7
1. Interest of Class Four creditors if Chapter 7 filed
    a. Value of debtor's interest in non-exempt property      $0.00
    b. Plus: Value of property recoverable under avoiding powers      $0.00
    c. Less: Estimated Chapter 7 administrative expense
    d. Less: Amounts payable to priority creditors other than costs of administration
    e. Equals: Estimated amount payable to Class Four creditors if Chapter 7 filed (if negative, enter zero)      $ 0.00
2. Estimated dividend for Class Four under Chapter 7
3. Estimated dividend for Class Four under Plan

**II. PROPERTIES AND FUTURE EARNINGS SUBJECT TO THE SUPERVISION AND CONTROL OF THE TRUSTEE**

Debtor submits to the supervision and control of the Trustee all or such portion of the debtor's future earnings or other future income as is necessary for the execution of the Plan, including:

    a. Future Earnings of:    $741.00   Per month which shall be paid to the Trustee
    b. Other property:
    c. Amounts necessary for the payment of Class Five claims

**III. DURATION**
It is proposed that payments shall be made over approximately    36   Months

## IV. CLASSIFICATION AND TREATMENT OF CLAIMS

1. Class One -- Claims entitled to priority under title 11 United States Code section 507.

    Unless other provision is made in paragraph IV (4), each creditor in Class One shall be paid in full in deferred cash payments made prior to commencement of distributions to any other class (except that payments to the Trustee shall be made by deduction from each payment made by the debtor to the Trustee) as follows:

    a. Allowed administrative expenses

        (1) Trustee's compensation     0.10     (As a percentage of debtor's payments--line 5)     $2,425.09

        (2) Attorney's fees (estimated and subject to allowance)     $1,500.00

        if the amount finally requested is in excess of the estimated amount, notice will be given to all creditors and the payment of such amount out of plan proceeds will be subject to both allowance by the Court and the approval, after notice and a hearing, of an appropriate amendment to the plan.

    b. Taxes     $0.00

    c. Other (If any)     $0.00

2. Class Two A (if none, indicate) -- Claims set forth below are secured only by an interest in real property that is the debtor's principal residence. Defaults shall be cured and regular payments shall be made with a capitalization of _____ % by the Trustee

| Creditor | Total Arrearage | Regular Payment |
|---|---|---|
| None. | | |

3. Class Two B (if none, indicate) -- Secured or unsecured claims set forth below on which the last payment is due after the date on which the final payment under the Plan is due. Defaults shall be cured and regular payments, if indicated, shall be made:

| Creditor | Total Arrearage | Regular Payment |
|---|---|---|
| Toyota Financial Services | $2,283.71 | $341.53 |
| Pt. Royal Realty Corp. | $5,235.00 | $0.00[1] |

---

[1] Regular payments of rent will be paid outside the plan.

4. Class Three -- Allowed secured claims shall be divided into separate classes and provided for as follows:

    a. The following creditors shall retain the liens securing their claims and they shall be paid the amount specified:

        (which represents the lesser of the value of their collateral or the remaining balance payable on the debt)

        capitalized at _____ % over the period required to pay the sum in full.

| Creditor | Description of Collateral | Amount Payable |
|---|---|---|
| None. | | |

    b. The debtor shall surrender the property securing the liens of the following creditors:

| Creditor | Property |
|---|---|
| None. | |

    Relief from the automatic stay to permit enforcement of the liens encumbering surrendered property shall be granted by the Court at the time of confirmation of this Plan.

5. Class Four -- Allowed unsecured claims not otherwise referred to in the Plan. Class Four claims are provided for and shall be paid as follows (check one box only):

    a. [X] Class Four claims are of one class and shall share pro rata all sums not paid to the creditors in Classes One, Two and Three, which sum is estimated to be _____$2,937.12_____ ; or

    b. [ ] Class Four claims shall be divided into the following subclasses:

6. Class Five -- Post-petition claims allowed under title 11 United States Code section 1305. Post-petition claims allowed under section 1305 shall be paid: _____

V. OTHER PROVISIONS

1. The following executory contracts and unexpired leases are assumed pursuant to the specified terms and conditions:

   All executory contracts and unexpired leases not expressly assumed are rejected.

2. The following claims are excluded and are not provided for by the Plan:

3. The effective date of this Plan shall be the date of entry of the Order confirming this Plan.

4. Unless otherwise specifically provided herein, distributions under the plan to unsecured creditors will only be made to creditors whose claims are allowed and are timely filed pursuant to Fed. R.B.P. 3002 and 3004.

5. Other: (specify)

VI. REVESTMENT OF PROPERTY IN DEBTOR

Property of the estate shall vest in the debtor at the time of confirmation of this Plan, unless stated to the contrary below:

VII. INSURANCE

Insurance in the amount to protect liens of creditors holding secured claims will [ ] will not [X] *(check one)* be obtained and kept in force throughout the period of the Plan.

Applicable policies will be endorsed to provide a clause making the applicable creditor a loss payee of the policy.

Dated: July 18, 2010            /s/ Christina E. Hagan
                                Signature of Debtor
Dated:
                                Signature of Spouse


/s/ David E. Pearson
Signature of Attorney for Debtor